UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADT SERVICES, AG ET AL.,

    Plaintiff,

    v.                                              Case No. 10-2197

THOMAS BRADY ET AL.,

    Defendant.
_____/

**ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING COUNSEL TO SUBMIT CASE SUMMARY**

The above captioned case having been reassigned to this court for further proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for April 16, 2012 at 2:00 pm. [EST]. THE COURT WILL INITIATE THE CALL.**

Counsel are DIRECTED to confer and prepare a Joint Case Summary for the Court's review. The summary should include a descriptive list of Plaintiff's Claims, Defendant's Responses, any pending discovery issues, all pending motions and a proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later than 3 days prior to the telephone conference.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522