# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ADT SERVICES AG, and** ) <br> **ADT SECURITY SERVICES, INC.,** ) <br> ) <br> Plaintiffs/Counter-Defendants, ) <br> ) <br> v. ) <br> ) <br> **THOMAS BRADY, SUSAN BRADY,** ) <br> **LANCE WOODS, and** ) <br> **THE ALARM COMPANY, LLC,** ) <br> ) <br> Defendants/Counter-Plaintiffs. ) | NO: 2:10-cv-02197-RHC-tmp <br><br> JURY DEMANDED |

## ORDER GRANTING MEGAN M. KEARNEY'S
## MOTION TO APPEAR PRO HAC VICE

It appearing to the Court that Megan M. Kearney's Motion to Appear Pro Hac Vice is well taken and should be granted,

**IT IS THEREFORE ORDERED** that Megan M. Kearney's Motion to Appear Pro Hac Vice is hereby granted, and Megan M. Kearney is admitted pro hac vice to appear and participate in this action on behalf of Plaintiffs/Counter-Defendants ADT Services AG and ADT Security Services, Inc.

S/Robert H. Cleland
**ROBERT H. CLELAND**
**UNITED STATES DISTRICT JUDGE**

Date:  4/24/2012