IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADT SERVICES, AG, and
ADT SECURITY SERVICES, INC.                                              PLAINTIFFS

VS.                                                             NO. 2:10-cv-02197-RHC-TMP

THOMAS BRADY, SUSAN BRADY,
LANCE WOODS, and THE ALARM
COMPANY, LLC                                                             DEFENDANTS

## ORDER GRANTING
## JAMES D. JOHNSON'S MOTION TO APPEAR PRO HAC VICE

It appearing to the Court that James D. Johnson's Motion to Appear Pro Hac Vice is well taken and should be granted,

IT IS THEREFORE ORDERED that James D. Johnson's Motion to Appear Pro Hac Vice is hereby granted, and James D. Johnson is admitted pro hac vice to appear and participate in this action on behalf of Defendants/Counter-Plaintiffs Thomas Brady, Susan Brady, Lance Woods, and The Alarm Company, LLC.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Date:   6/12/2012