UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADT SERVICES, AG, et al.,

    Plaintiffs,

v.                                               Case No. 10-2197

THOMAS BRADY, et al.,

    Defendants.
                                                      /

**ORDER DENYING WITHOUT PREJUDICE PENDING MOTIONS
AND SETTING SCHEDULE**

As agreed by the parties and the court during a January 31, 2013, telephone conference,

IT IS ORDERED that Defendants' motion for summary judgment [Dkt. # 81] and Defendants' motions in limine [Dkts. # 107, 109, 111, 112, 114, 115, 118, 120, 122] are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that, by **February 18, 2013**, Defendants will submit a pleading responding to the amended complaint.

IT IS FURTHER ORDERED that the parties have until **April 19, 2013**, to complete discovery.  On April 19 the parties shall contact the court to arrange a status conference.

                                                   s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522