**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

ADT SERVICES, AG, et al.,

    Plaintiffs,

v.

                                    Case No. 10-2197

THOMAS BRADY, et al.,

    Defendants.
                                          /

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

The court held an off-the-record telephonic status conference on February 18, 2014. After discussion with the parties,

IT IS ORDERED that the parties are DIRECTED to file any dispositive motions by **March 21, 2014**. Responses will be due by **April 11, 2014**; any optional replies are due by **April 25, 2014**.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: February 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2014, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522