**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ADT SERVICES, AG, and ADT SECURITY
SERVICES, INC.,

    Plaintiffs,

v.                                           Case No. 10-2197

THOMAS BRADY, et al.,

    Defendants.

                                       /

**ORDER DIRECTING FURTHER BRIEFING**

On May 21, 2014, the court held a hearing on Plaintiffs' "Motion for Summary Judgment on Defendants' Defamation Counterclaim" and Defendants' "Motion for Partial Summary Judgment." After considering the matter, the court is inclined to find a triable issue on whether the corporate veil of The Alarm Company could be pierced and liability imposed on Defendant Susan Brady as to ADT's state-law claims. The court will be assisted by briefing on whether sufficient facts exist for a reasonable jury to conclude that The Alarm Company was used as a mere instrumentality of Defendant Susan Brady. Accordingly,

IT IS ORDERED that Plaintiffs are DIRECTED to file a four-page brief by **June 9, 2014**, addressing whether summary judgment in favor of Susan Brady is precluded by the factors addressed in *Pamperin v. Streamline Mfg., Inc.*, 276 S.W.3d 428, 437 (Tenn. Ct. App. 2008). Defendants are DIRECTED to file a response of no more than four pages by **June 16, 2014**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: June 3, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 3, 2014, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522