**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

ADT SERVICES, AG, and ADT SECURITY
SERVICES, INC.,

    Plaintiffs,

v.                                                   Case No. 10-2197

THOMAS BRADY, *et al.*,

    Defendants.
                                                      /

**ORDER SETTING TRIAL DATE**

On July 17, 2014, the court held a status conference with the parties to discuss further case management steps necessary for the resolution of this case. The parties informed the court that they have previously engaged in mediation discussions with a private mediator, but have not discussed the possibility of settlement in recent months. The court advised the parties to discuss whether further settlement negotiations would prove fruitful and to inform the court on the status of whether these negotiations will be held.

In the meantime, the court will set a jury trial date of September 15, 2014, assuming (based on the parties' representations) that the case will take approximately one week to try to completion. The court further instructs the parties to prepare and exchange jury instructions, witness lists, and exhibits in anticipation of trial. The parties should also anticipate selecting a jury for this matter with a magistrate judge in the week prior to trial. Accordingly,

IT IS ORDERED that this matter is set for trial at **8:30 a.m. on September 15, 2014**.

                                                                                    s/Robert H. Cleland
                                                                                    ROBERT H. CLELAND
                                                                                    UNITED STATES DISTRICT JUDGE

Dated: July 18, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2014, by electronic and/or ordinary mail.

                                                                                    s/Lisa Wagner
                                                                                    Case Manager and Deputy Clerk
                                                                                    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-2197.ADT.OrderTrialDate.jac.wpd

2