**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ADT LLC, and ADT US HOLDINGS, INC.,

    Plaintiffs,

v.                                                                  Case No. 10-2197

TOM BRADY, *et al.*,

    Defendants.

                                                 /

**ORDER OF DISMISSAL**

This case is currently set for trial beginning September 15, 2014. However, on September 7, 2014, the parties informed the court that they have reached a settlement which resolves all of Plaintiffs' pending claims. It thus appears that further court involvement is unnecessary. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Either party may reopen this case by September 30, 2014, by filing a "Notice of Reopening." The parties may also submit their own substitute stipulated order of dismissal or judgment by September 30, 2014. After September 30, 2014, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

IT IS FURTHER ORDERED that Plaintiffs' pending motions in limine (Dkt. ## 226, 227) are DENIED AS MOOT.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 8, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522