# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ADT LLC and ADT US HOLDINGS, INC., | Civil Action No. 2:10-cv-02197-RHC-tmp |
| Plaintiffs, | The Honorable Judge Robert H. Cleland |
| v. | |
| THOMAS BRADY, SUSAN BRADY, LANCE WOODS and THE ALARM COMPANY, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the Joint Motion by plaintiffs ADT LLC and ADT US Holdings, Inc., and defendants Thomas Brady, Susan Brady, Lance Woods and The Alarm Company, LLC, to dismiss the case upon the parties' settlement of the claims here asserted. Upon due consideration of the parties' joint submission, it is hereby **ORDERED AND ADJUDGED:**

1. The parties' joint motion to dismiss this case with prejudice based on the settlement dated September 7, 2014, is **GRANTED** and his case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement and the Court's permanent injunction, entered herewith.

3. The Clerk is directed to enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Detroit, Michigan, this 15TH day of September, 2014.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

copies to: all counsel